**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-2413**

TITILAYO NORRIS,

                    Plaintiff - Appellant,

        v.

SIMOS INSOURCING SOLUTIONS, LLC; TRUEBLUE, INC.,

                    Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:20-cv-00189-JPB)

Submitted:  October 13, 2022                    Decided:  October 19, 2022

Before NIEMEYER, WYNN, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:**  Patrick S. Cassidy, CASSIDY, COGAN, SHAPELL & VOEGELIN, L.C., Wheeling, West Virginia, for Appellant.  Kyle T. McGee, MARGOLIS EDELSTEIN, Pittsburgh, Pennsylvania, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Titilayo A. Norris, who was formerly employed by SIMOS Insourcing Solutions, LLC ("SIMOS"), appeals the district court's order granting SIMOS and TrueBlue, Inc., summary judgment on Norris' claims for discrimination, sexual harassment, and retaliation, brought pursuant to the West Virginia Human Rights Act, W. Va. Code §§ 5-11-1 to 5-11-20, and for wrongful discharge under West Virginia common law. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *See Norris v. SIMOS Insourcing Solutions, LLC*, No. 5:20-cv-00189-JPB (N.D.W. Va. Nov. 23, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*